UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO. CR08-5532BHS |
| v. | |
| KEVON OLIVERE, | ORDER DENYING DEFENDANT'S MOTION TO AMEND JUDGMENT |
| Defendant. | |

This matter comes before the Court on Defendant's motion to amend judgment. Dkt. 62. Defendant moves the Court to amend his sentence to allow that the last two months of his sentence be served in a half-way house. *Id*. (*citing* U.S.S.G. § 5C1.1(d) and (e)) (Federal Sentencing Guidelines).

The Government opposes Defendant's motion. Dkt. 63. The Government maintains that Defendants' motion is procedurally improper. *Id*. The Court agrees. Defendant has provided no authority that supports his motion. Under Federal Rule of Criminal Procedure 35, a court may reduce correct or reduce a sentence to correct a clerical error, or in certain situations, on motion by *the Government*. The Court finds no basis for amending Defendant's sentence. Defendant's motion is denied.

DATED this 9th day of March, 2009.

BENJAMIN H. SETTLE
United States District Judge

MINUTE ORDER