UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5532BHS |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO CONTINUE REVOCATION HEARING |
| v. | ) ) | |
| KEVON L. OLIVERE, | ) ) | |
| Defendant. | ) ) | |

Upon the unopposed motion of the Government to continue the revocation hearing set for Monday, July 25, 2011, and based upon the reasons set forth in that motion, the Court finds that it is in the interest of justice to continue the revocation hearing to August 10, 2011 at 1:30 pm.

IT IS SO ORDERED.

DONE this 25th day of July, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*S/Michael Dion*
MICHAEL DION

OLIVERE ORDER GRANTING MOTION TO CONTINUE - 1